# CERTIFICATION OF MANAGING MEMBER OF L&N TWINS PLACE LLC

The undersigned certifies as follows:

I am the managing member of L&N Twins Place LLC ("L&N") and certify to the following on its behalf:

1.    In the judgment of the manager of L&N, it is desirable and in its best interest, and in the best interest of its creditors, members and other interested parties, that a petition pursuant to Chapter 11 of the U.S. Bankruptcy Code be filed by L&N; that L&N and its managing member, David Balaj, is authorized and directed to execute the petition, the schedule of assets and liabilities and all other papers and documents required in the Chapter 11 case, and to take all steps necessary with respect to filing of the Chapter 11 petition and the maintenance of the Chapter 11 case on behalf of L&N in the U.S. Bankruptcy Court for the Southern District of New York, White Plains Division.

2.    The employment of Reich Reich & Reich, P.C., 235 Main Street, Suite 450, White Plains, New York 10601, as attorneys to file the Chapter 11 petition and to represent L&N in the Chapter 11 case, is approved.

Dated: White Plains, New York
        May 23, 2017

                                      /s/David Balaj
                                      David Balaj